## United States Bankruptcy Court
### Northern District of California

## Voluntary Petition

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**RedEnvelope, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **33-0844285** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**149 New Montgomery Street**<br>**San Francisco, CA**<br>ZIP CODE **94105** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**San Francisco** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **RedEnvelope, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location · Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑  Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   **Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)              Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**RedEnvelope, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __Not Applicable_____
   Signature of Debtor

X __Not Applicable_____
   Signature of Joint Debtor

   _____
   Telephone Number (If not represented by attorney)

   _____
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X __Not Applicable_____
   (Signature of Foreign Representative)

   _____
   (Printed Name of Foreign Representative)

   _____
   Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney**

X __/s/ John Walshe Murray_____
   Signature of Attorney for Debtor(s)

**John Walshe Murray Bar No. 074823**
Printed Name of Attorney for Debtor(s) / Bar No.

**Murray & Murray, A Professional Corp.**
Firm Name

**19400 Stevens Creek Blvd., Suite 200**

Address

**Cupertino, California 95014-2548**

**(650) 852-9000**
Telephone Number

April 17, 2008
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X __Not Applicable_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __/s/ Philip E. Neri_____
   Signature of Authorized Individual

**Philip E. Neri**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

April 17, 2008
Date

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

### Northern District of California

In re    RedEnvelope, Inc. _____ ,     )     Case No. _____

                               Debtor             )

                                               )

                                             )     Chapter 11

### EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  0-50387 _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on April 15, 2008 _____ .

    a. Total assets (GAAP Basis)                               $        21,781,415.00

    b. Total debts (including debts listed in 2.c., below) (GAAP Basis)   $        15,302,142.00

    c. Debt securities held by more than 500 holders: None .

                                                          Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

    d. Number of shares of preferred stock                  _____    _____

    e. Number of shares common stock                  9,527,811          800

       Comments, if any: _____

3. Brief description of debtor's business:
          Catalog and Online Retailer.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
          See Attachment.

RedEnvelope, Inc.

| Name and Address of Beneficial Owner | Number of Outstanding Shares Beneficially Owned | Percentage of Total Shares Beneficially Owned |
|---|---|---|
| 5% Holders | | |
| Fine Capital Partners<br>152 West 57th Street, 37th Floor<br>New York, New York 10019 | 1,308,500 | 13.7% |
| Glenhill Advisors, LLC<br>598 Madison Ave, 12th Floor<br>New York, NY 10022 | 1,201,512 | 12.6% |
| Integrity Brands Fund, L.P.<br>1735 Commonwealth Avenue<br>Boston, MA 02135 | 943,858 | 9.9% |
| Stephens Investment Management, L.L.C.<br>One Sansome Street, Suite 2900<br>San Francisco, CA 94104 | 835,587 | 8.8% |
| CCM Master Qualified Fund, Ltd.<br>One North Wacker Drive, Suite 4725<br>Chicago, IL 60606 | 739,173 | 7.8% |
| Blyth Inc.<br>One East Weaver St.<br>Greenwich, CT 06831 | 1,354,000 | 14.2% |
| **Total Section 13 holders** | 6,382,630 | 67.0% |
| **Outstanding Shares as of March 31, 2008** | 9,527,811 | |

sd-410212

## CORPORATE RESOLUTION

Meetings of the Board of Directors of RedEnvelope, Inc. (the "Corporation") were held telephonically on April 15 and 16, 2008. After a discussion, upon motion duly made, seconded and carried, the following resolutions were adopted:

WHEREAS, the Corporation is in serious financial condition and is unable to continue without debt relief; and

WHEREAS, it appears to the Board of Directors that it is in the best interest of the Corporation, its shareholders and creditors, to commence a case under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

NOW, THEREFORE, be it hereby resolved that this Board of Directors finds and determines that it is in the best interest of the Corporation, its shareholders and creditors for it to commence a case under Chapter 11 of the Bankruptcy Code;

BE IT FURTHER RESOLVED that the officers and agents of the Corporation be, and each of them hereby is, empowered and directed without further action by this Board of Directors to prepare, sign and file, or cause to be prepared, signed and filed and prosecuted, a petition for relief under Chapter 11 of the Bankruptcy Code, and all agreements, instruments and documents necessary to effect (i) a sale of all or a portion of the Corporation's assets and (ii) a Chapter 11 Plan and all instruments useful and necessary to the confirmation and implementation of such Plan;

BE IT FURTHER RESOLVED that Philip E. Neri, Chief Financial Officer, is designated and authorized to act as the "Responsible Person" for the Corporation as may be required by the Local Bankruptcy Rules for the Northern District of California; and

1

Case: 08-30659    Doc# 1    Filed: 04/17/08    Entered: 04/17/08 19:09:22    Page 6 of 13

**BE IT FURTHER RESOLVED** that the officers and agents of the Corporation are authorized, empowered and directed to retain the Law Firm of Murray & Murray, A Professional Corporation, to commence and prosecute the aforementioned Chapter 11 case, and to do all things, and to prepare, sign and file all papers or documents necessary or proper to the prosecution of said Chapter 11 case; and Murray & Murray is authorized to take such actions in the bankruptcy case which Murray & Murray, in its discretion, concludes are necessary to Murray & Murray's and/or the Corporation's fulfillment of its fiduciary obligations in the bankruptcy case.

_____
Signature

Christopher M. Forrester
_____
Type or print name

Secretary of the Meeting
_____
Title

JMM cc
C:\Documents and Settings\cmf4\Local Settings\Temporary Internet Files\OLK137\Corp Res Chp11 (2).doc

JOHN WALSHE MURRAY (074823)
JANICE M. MURRAY (099996)
ROBERT A. FRANKLIN (091653)
DORIS A. KAELIN (162069)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
email: jwmurray@murraylaw.com
email: jmmurray@murraylaw.com
email: rfranklin@murraylaw.com
email: dkaelin@murraylaw.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:                                   )
                                         )    Case No.
**REDENVELOPE, INC.,**                   )
                                         )
                Debtor.                  )    Chapter 11
                                         )
149 New Montgomery Street                )
San Francisco, CA 94105                  )
                                         )
Employer Tax I.D. No.: 33-0844285        )
_____)

### DECLARATION OF JANICE M. MURRAY
### REGARDING COMPUTER GENERATED FORMS

I, Janice M. Murray, hereby declare:

1.      I am an attorney licensed to practice before this Court and I am a shareholder of the
law firm of Murray & Murray, A Professional Corporation, counsel to the Debtor herein.

2.      All of the pleadings filed in commencement of the within Chapter 11 case
substantially conform to the Official Bankruptcy Forms prescribed by the Federal Rules of
Bankruptcy Procedure.

/ / /

JWM:cc

1

DECLARATION OF JANICE M. MURRAY
REGARDING COMPUTER GENERATED FORMS

Executed on April 17, 2008, at Cupertino, Santa Clara County, California.  I declare under penalty of perjury that the foregoing is true and correct.

**MURRAY & MURRAY**
A Professional Corporation


By:  */s/ Janice M. Murray*
     Janice M. Murray
     Attorneys for Debtor

JOHN WALSHE MURRAY (074823)
JANICE M. MURRAY (099996)
ROBERT A. FRANKLIN (091653)
DORIS A. KAELIN (162069)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone:  (650) 852-9000; (408) 907-9200
Facsimile:  (650) 852-9244
email:  jwmurray@murraylaw.com
email:  jmmurray@murraylaw.com
email:  rfranklin@murraylaw.com
email:  dkaelin@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re:

**REDENVELOPE, INC.,**

    Debtor.

149 New Montgomery Street
San Francisco, CA 94105

Employer's Tax ID No. 33-0844285

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.

Chapter 11

### 20 LARGEST UNSECURED CLAIMS

RedEnvelope, Inc., the debtor and debtor in possession in the above captioned Chapter 11 case who filed its Voluntary Petition under Chapter 11 on April 17, 2008, hereby submits its List of Creditors Holding 20 Largest Unsecured Claims, attached hereto as **Exhibit "A"** and by this reference incorporated herein.

Dated:  April 17, 2008

                **REDENVELOPE, INC.**

                */s/ Philip E. Neri*
                Philip E. Neri
                Chief Financial Officer

# UNITED STATES BANKRUPTCY COURT

In re: RedEnvelope, Inc.

Case No.
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| UPS Supply Chain Solutions, Inc.<br>P.O. Box 894820<br>Los Angeles, CA 90189 | Accounts Receivable<br>(Address as provided)<br>David Gunther<br>(513) 659-4905 | Trade Debt | | $1,525,009.36 |
| Design Packaging<br>7880 E. McClain Dr.<br>Scottsdale, AZ 85260 | Accounts Receivable<br>(Address as provided)<br>Marsha Ray, CFO<br>(800) 529-1988 | Trade Debt | | $708,356.33 |
| Google Inc.<br>Department No. 33654<br>P.O. Box 39000<br>San Francisco, CA 94139 | Accounts Receivable<br>(Address as provided)<br>Tina Almendras<br>(650) 253-1104 | Trade Debt | | $663,844.29 |
| Experian Direct Tech<br>22807 Network Place<br>Chicago, IL 60673 | Accounts Receivable<br>(Address as provided)<br>Scott Benzie<br>(714) 830-5951 | Trade Debt | | $499,016.93 |
| IAC Advertising Solutions<br>c/o IAC Search and Media, File 30755<br>P.O. Box 60000<br>San Francisco, CA 94160 | Accounts Receivable<br>(Address as provided)<br>Rosanna McCollough<br>(310) 360-4650 | Trade Debt | | $356,551.63 |
| Arandell Corporation<br>P.O. Box 405<br>Menomonee Falls, WI 53032 | Accounts Receivable<br>(Address as provided)<br>Brad Hoffman, VP Finance<br>(262) 255-4400 | | | $244,338.62 |

# UNITED STATES BANKRUPTCY COURT

In re: RedEnvelope, Inc.

Case No.
Chapter   11

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | | |
|---|---|---|---|---|
| DoubleClick Performics<br>Dept. CH 10858<br>Platine, IL 60055 | Accounts Receivable<br>(Address as provided)<br>Chris Henger<br>(312) 739-0358 | | | $239,473.31 |
| Strategic Paper Group LLC<br>Lockbox #771886<br>1886 Solutions Center<br>Chicago, IL 60677-1008 | Accounts Receivable<br>(Address as provided)<br>Dan Stilletti<br>(917) 951-2476 | | | $220,995.30 |
| Tokens & Coins<br>748 Arlington Avenue<br>Berkeley, CA 94707 | Accounts Receivable<br>(Address as provided)<br>Ward Wallau, Owner<br>(510) 558-7404 | | | $220,730.66 |
| Blesco, Inc.<br>4890 Kendrick Street, SE<br>Grand Rapids, MI 49512 | Accounts Receivable<br>(Address as provided)<br>Rob Scott -- President<br>(616) 977-3950<br>(616) 915-6146 | | | $197,309.17 |
| UTI, United States<br>573 Forbes Blvd.<br>South San Francisco, CA 94080 | Accounts Receivable<br>(Address as provided)<br>Ove Anderson<br>(650) 520-3278 | | | $189,705.33 |
| Dotomi, Inc.<br>1 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606 | Accounts Receivable<br>(Address as provided)<br>Ben Eason<br>(312) 588-3621 | | | $143,304.47 |
| Morrison & Foerster LLP<br>File NO. 72497<br>P.O. Box 60000<br>San Francisco, CA 94160 | Accounts Receivable<br>(Address as provided)<br>Christopher Forrester<br>(858) 720-5110 | | | $137,171.13 |
| Microsoft Corporation<br>P.O. Box 847543<br>Dallas, TX 75284 | Accounts Receivable<br>(Address as provided)<br>Bart Wenstrom<br>(425) 703-0637 | | | $133,084.55 |
| Pearhead Inc.<br>20 Jay St. Unit 301<br>Brooklyn, NY 11201 | Accounts Receivable<br>(Address as provided)<br>Ken Berlin<br>(718) 422-0592 | | | $120,383.18 |

# UNITED STATES BANKRUPTCY COURT

In re: RedEnvelope, Inc.

Case No.
Chapter    11

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | | |
|---|---|---|---|---|
| Mayesh Wholesale Florist, Inc.<br>5540 W. 104th Street<br>Los Angeles, CA 90045 | Accounts Receivable<br>(Address as provided)<br>Tricia Tang<br>(310) 629-5794 | | | $92,284.06 |
| Bellini Creation Ltd.<br>c/o WEC<br>6/F, The Harbour Front Tower II<br>18-22 Tak Fung Street<br>Hung Hom, Kowloon | Accounts Receivable<br>(Address as provided)<br>c/o Wllliam E. Conner<br>WEC contact:<br>Dennis Cecitti<br>(852) 2621-2621 | | | $83,080.40 |
| International Color Services<br>Corporation<br>15730 North 83rd Way Suite 101<br>Scottsdale, AZ 85260 | Accounts Receivable<br>(Address as provided)<br>Robert Shaps, President<br>(480) 948-6686 | | | $81,874.75 |
| Specialty Plants, Inc.<br>P.O. Box 1477<br>San Marcos, CA 92079 | Accounts Receivable<br>(Address as provided)<br>Scott Stevens<br>(760) 744-6520 | | | $65,017.64 |
| Grant Thorton LLP<br>P.O. Box 51519<br>Los Angeles, CA 90051-5819 | Accounts Receivable<br>(Address as provided)<br>Jeffrey Spivak, Partner<br>(415) 365-5434 | | | $53,465.23 |

I, Philip E. Neri, Chief Financial Officer of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Top 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: April 17, 2008

Signature:    _/s/ Philip E. Neri_

Print Name and Title:   Philip E. Neri, Chief Financial Officer